4913

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**OFFICE OF THE CLERK**

FILED
2007 AUG 20 P 3: 16

FILED
TIME 12:00 AM/PM
AUG 13 2007
LISA NILES
CIRCUIT COURT CLERK
_s/ Lori Beatty_ D.C.

August 9, 2007

PATRICIA L. McNUTT
Clerk of the Court

800 Market Street, Suite 130
Knoxville, TN 37902

JOHN MEDEARIS
Chief Deputy Clerk

(865) 545-4228

```
Loudon County Circuit Court
Lisa Niles, Clerk
P.O. Box 280
Loudon, TN 37774

RE:  Lee Ellen Mozingo v. Monterey Mushrooms
     3:07-CV-131


To Whom It May Concern:

The above styled case has been remanded to you pursuant to an Order
of this Court signed by United States District Judge Thomas A.
Varlan on August 9, 2007.  Enclosed please find a certified copy of
the Final Order remanding this case and also a certified copy of
the entire docket sheet.  Please date stamp the enclosed copy of
this letter and return it in the envelope provided.

Sincerely,

PATRICIA L. McNUTT



BY: s/A. Beeler
    Deputy Clerk

/anb
Enclosures
```